Law Office of Rachel S. Blumenfeld PLLC
Attorney for Debtor
26 Court Street, Suite 2220
Brooklyn, New York  11242
Tel:  (718) 858-9600
email:  rblmnf@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| In re: | Chapter 11 |
| Roslyn Sefardic Center Corp., | Case No: 8-19-72217-las |
| Debtor | |

--------------------------------------------------------X

**AFFIDAVIT OF RACHEL S. BLUMENFELD, ESQ. PURSUANT TO LBR 9077-1 IN SUPPORT OF DEBTOR'S REQUEST FOR A HEARING ON SHORTENED NOTICE TO CONSIDER MOTION TO WITHDRAW AS COUNSEL
PURSUANT TO 28 USC 1746 and LOCAL BANKRUPTCY RULE 2090-1(d)**

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF KINGS         )

RACHEL S. BLUMENFELD, ESQ., being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice before this Court and the Courts of the State of New York and I am counsel for the Debtor in the above referenced case.

2. The Law Office of Rachel S. Blumenfeld PLLC ("Movant") submits this affidavit pursuant to Local Rule 9077-1(a) in support of the Movant's Application to Withdraw as Counsel on this case.

3. It is necessary for the Movant to proceed by shortened notice as there has been a break down in communication and the Debtor cannot proceed in a chapter 11 case without an attorney.

**WHEREFORE**, your Deponent respectfully requests that the Court schedule a hearing on the Application on shortened notice.

Dated: Brooklyn, New York
       May 30, 2019

              _____*/s/ Rachel S. Blumenfeld*_____
              Rachel S. Blumenfeld